EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON    #4532
Chief, Major Crimes

TRACY A. HINO       #3202
Assistant U.S. Attorney
PJKK Federal Building
300 Ala Moana Blvd., Room 6-100
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail:  Tracy.Hino@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 0 2 2005

at __1__ o'clock and __45__ min. __P__ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 05-00095 SOM |
| ) | (Information) |
| Plaintiff, ) | CR. NO. 04-00205 SOM |
| ) | (Superseding Indictment) |
| vs. ) | |
| ) | |
| NELIA GARCIA, ) | ORDER FOR DISMISSAL OF |
| ) | SUPERSEDING INDICTMENT |
| Defendant. ) | |
| ) | |

ORDER FOR DISMISSAL OF SUPERSEDING INDICTMENT

Pursuant to the plea agreement filed in connection with this case, the Defendant pled guilty to counts 1 and 2 of the Information filed in Cr. No. 05-00095 SOM and the Government agreed to dismiss the related Superseding Indictment filed in Cr. No. 04-00205 SOM.

Accordingly, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the District of Hawaii hereby dismisses the Superseding Indictment pursuant to the plea agreement filed in connection with this case.

DATED: Honolulu, Hawaii, _____NOV 3 0 2005_____.

                                    EDWARD H. KUBO, JR.
                                    UNITED STATES ATTORNEY
                                    District of Hawaii

By _____
    TRACY A. HINO
    Assistant U.S. Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

NO OBJECTION:

_____
ALEXANDER SILVERT
Assistant Federal Public Defender


Leave of court is granted for the filing of the foregoing dismissal.

                                    SUSAN OKI MOLLWAY    DEC 0 2 2005
                                    SUSAN OKI MOLLWAY
                                    UNITED STATES DISTRICT JUDGE


<u>United States v. Nelia Garcia</u>
Cr. Nos. 05-00095 SOM & 04-00205 SOM
"Order For Dismissal of Superseding Indictment"